PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY _ex_ DC

05 JUN 30 PM 3: 36

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
WD OF TN.-JACKSON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Kenneth Mitchell Scronce                               Case Number: 1:04CR10033-1-T

Name of Sentencing Judicial Officer:  Honorable James L. Foreman

Date of Original Sentence:  June 12, 2000

Original Offense:  Conspiracy to Manufacture Methamphetamine; 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1)

Original Sentence:  46 Months in custody followed by 3 years on supervised release

Type of Supervision:  Supervised Release           Date Supervision Commenced:  November 1, 2002

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

### ADDITION OF SPECIAL CONDITIONS:

1) The defendant shall pay any financial penalty that is imposed by the judgment in Case no. 99-40084-001-JLF, and that remains unpaid at the commencement of the term of supervised release. Fine payments shall be in the amount of $25.00 per month or ten percent (10%) of his net monthly income, whichever is greater.
2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.
3) The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility.
4) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

## CAUSE

Kenneth Mitchell Scronce was sentenced in the SD/IL by the Honorable James L. Foreman, U.S. District Court Judge, on June 12, 2000, following his plea of guilty to Count one on an indictment charging Conspiracy to Manufacture Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). Judge Foreman sentenced Mr. Scronce to serve forty-six (46) months in custody followed by three years on supervised release with a $100 special assessment, and the following special conditions: 1) The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. Fine payments shall be in the amount of $25 per month or ten percent (10%) of his net monthly income, whichever is greater; 2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installation payment schedule; 3) The defendant shall participate as directed and approved by the probation officer in a program for the treatment of narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility, and; 4) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

Mr. Scronce was released from custody on November 1, 2002, and jurisdiction on his case was transferred from the SD/IL to the WD/TN on April 9, 2004. Your Honor revoked this individual's term of supervised release on June 25, 2004, and sentenced Kenneth Mitchell Scronce to a term of fifteen (15) months in custody followed by two years, three months on supervised release. Mr. Scronce was released from custody on June 21, 2005. Therefore, our office is requesting the addition of special conditions of supervised release as stated on this petition, and Mr. Scronce has indicated his willingness to have his original special conditions added by his execution of the attached waiver form (PROB 49).

Respectfully submitted,

by _[signature]_
U.S. Probation Officer
Date:     June 21, 2005

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_[signature: James D. Todd]_
Signature of Judicial Officer

30 June 2005
Date

# United States District Court

_____Western_____ **District** _____of Tennessee_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

## ADDITION OF SPECIAL CONDITIONS:

1) The defendant shall pay any financial penalty that is imposed by the judgment in Case no. 99-40084-001-JLF, and that remains unpaid at the commencement of the term of supervised release. Fine payments shall be in the amount of $25.00 per month or ten percent (10%) of his net monthly income, whichever is greater.
2) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.
3) The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility.
4) The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

Witness: _____[signature]_____         Signed: _____[signature]_____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____June 21, 2005_____
Date



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CR-10033 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT