## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

July 14, 2005

RE: 1:04cr10033-01-T
 USA vs. KENNETH M. SCRONCE

Dear Sir/Madam:

Please be advised that the **RE-SENTENCING HEARING** previously **SET** before Judge James D. Todd for **THURSDAY, AUGUST 25, 2005 at 8:30 A.M.** has been removed from the court calendar.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: *Evelyn Cheairs*

Evelyn Cheairs, Case Manager
731-421-9207

31

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:04-CR-10033 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT